UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                              :     No.:    14-17923

    Nunzio Gallo                             :

        Debtor                                    :     Chapter: 13

ENTRY OF APPEARANCE

TO THE CLERK OF THE ABOVE COURT AND ALL PARTIES IN INTEREST:

    Kindly enter my appearance on behalf of the debtor in the above matter.

        By:

/s/ Jonathan H. Stanwood
Jonathan H. Stanwood, Esquire
8 Penn Center, Suite 1000
1628 J.F.K. Boulevard
Philadelphia, Pa 19103
(215) 569-1040
JHS@STANWOODLAW.COM