```
                    UNITED STATES BANKRUPTCY COURT
                    EASTERN DISTRICT OF PENNSYLVANIA
```

In re:                              :   Chapter 13

    Nunzio Gallo                    :

        Debtor              :   Bankruptcy No. 14-17923-ELF

## **CERTIFICATE OF SERVICE**

       I, Jonathan H. Stanwood, Esquire, hereby certify that copies of the foregoing Debtor's response to the Motion for Relief of Nationstar Mortgage LLC has been served either electronically or via first class mail upon the Movant's attorney, the Chapter 13 Trustee, and the Office of the U.S. Trustee on the date listed below.

By:

Dated: <u>August 25, 2016</u>    <u>/s/ Jonathan H. Stanwood</u>
Jonathan H. Stanwood, Esquire
Attorney for the Debtor
1628 J.F.K. Blvd., Suite 1000
Philadelphia, PA 19103
(215) 569-1040