United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 14-17923-elf
Nunzio A Gallo                                                      Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: PaulP              Page 1 of 1          Date Rcvd: Sep 13, 2016
                             Form ID: pdf900          Total Noticed: 13

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 15, 2016.
db             +Nunzio A Gallo,    2418 S. Carlisle Street,    Philadelphia, PA 19145-4422
13398271      ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
               (address filed with court:  Capital One,    P.O. Box 85520,    Richmond, VA 23285)
13398272       +Chase,    P.O. Box 15298,    Wilmington, DE 19850-5298
13398273        Green Tree,    500 Landmark Tower,    St Paul, MN 55102
13478635        Jefferson University Hospitals,    c/o State Collection Service, Inc.,    2509 S. Stoughton Rd.,
                PO Box 6250,    Madison, WI 53716-0250
13398274       +KML Law Group, P.C.,    Suite 5000 - BNY Independence Center,    701 Market Street,
                Philadelphia, PA 19106-1538
13398276      ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
               (address filed with court:  Nationstar Mortgage LLC,    PO Box 619096,    Dallas, TX 75261-9741)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: bankruptcy@phila.gov Sep 14 2016 02:12:21     City of Philadelphia,
                City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 14 2016 02:11:59
                Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Sep 14 2016 02:12:15     U.S. Attorney Office,
                c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13478958        E-mail/Text: bankruptcy@phila.gov Sep 14 2016 02:12:22     City of Philadelphia,
                Law Department Tax Unit,    Bankruptcy Group, MSB,    1401 John F. Kennedy Blvd., 5th Floor,
                Philadelphia, PA  19102-1595
13435879       +E-mail/PDF: gecsedi@recoverycorp.com Sep 14 2016 02:03:12     Green Tree Servicing LLC,
                7340 S. Kyrene Rd.,    Recovery Dept - T120,    Tempe, AZ 85283-4573
13398275       +E-mail/Text: bankruptcydpt@mcmcg.com Sep 14 2016 02:12:04     Midland Funding,    8875 Aero Dr,
                Ste 200,    San Diego, CA 92123-2255
                                                                                          TOTAL: 6

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 15, 2016                     Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 13, 2016 at the address(es) listed below:
        BRAD J. SADEK    on behalf of Debtor Nunzio A Gallo brad@sadeklaw.com
        JONATHAN H. STANWOOD    on behalf of Plaintiff Nunzio A Gallo jhs@stanwoodlaw.com,
         dac@stanwoodlaw.com,nff@stanwoodlaw.com
        JONATHAN H. STANWOOD    on behalf of Debtor Nunzio A Gallo jhs@stanwoodlaw.com,
         dac@stanwoodlaw.com,nff@stanwoodlaw.com
        JOSHUA ISAAC GOLDMAN    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com,
         bkgroup@kmllawgroup.com
        KEVIN S. FRANKEL    on behalf of Creditor    NATIONSTAR MORTGAGE LLC pa-bk@logs.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM C. MILLER    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                              TOTAL: 7

UNITED STATES BANKRUPTCY COURT
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

NUNZIO A GALLO                              Chapter 13


                              Debtor          Bankruptcy No. 14-17923-ELF


**Order Dismissing Chapter 13 Case and**
**Directing Counsel to File Master Mailing List**

        **AND NOW**, this _____ day of _____, 201_, upon consideration of the Motion
to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that
counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated
(if such has not been previously filed); and it is further

        **ORDERED**, that any wage orders are hereby vacated.



**Date: September 13, 2016**————————————————————————

                                              Eric L. Frank
                                              ChiefBankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
JONATHAN H STANWOOD ESQ
8 PENN CENTER, SUITE 1000
1628 JFK BLVD
PHILADELPHIA, PA 19103


Debtor:
NUNZIO A GALLO

2418 S. CARLISLE STREET

PHILADELPHIA, PA 19145