UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                             :        CASE NO: 14-17923
    Nunzio Gallo                                          :
        Debtor                                            :        Chapter 13

**Certificate of Service**

I, Jonathan H. Stanwood, Esquire, attorney for the debtor, hereby certify that on the date listed below I caused a copy of the forgoing Motion to Reconsider, pursuant to 11 U.S.C. §362(c)(3), to be served either electronically or via first class mail on the following parties:

Office of the US Trustee  
833 Chestnut Street, Suite 500  
Philadelphia, Pa 19107  

William C. Miller, Trustee  
*via ECF*

NATIONSTAR MORTGAGE LLC  
c/o  
Kevin S. Frankel, Esquire  
pa-bk@logs.com  

&  

Joshua Goldman, Esquire  
bkgroup@kmllawgroup.com  

Dated: September 16, 2016

By:   /s/ Jonathan H. Stanwood  
Jonathan H. Stanwood, Esquire  
8 Penn Center  
1628 JFK Blvd., Suite 1000  
Philadelphia, Pa 19103  
(215) 569-1040