United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                     Case No. 14-17923-elf
Nunzio A Gallo                                                             Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: PaulP              Page 1 of 1           Date Rcvd: Oct 13, 2016
                              Form ID: pdf900          Total Noticed: 13

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 15, 2016.
db             +Nunzio A Gallo,    2418 S. Carlisle Street,    Philadelphia, PA 19145-4422
13398271      ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
               (address filed with court:   Capital One,    P.O. Box 85520,    Richmond, VA 23285)
13398272       +Chase,    P.O. Box 15298,    Wilmington, DE 19850-5298
13398273        Green Tree,    500 Landmark Tower,    St Paul, MN 55102
13478635        Jefferson University Hospitals,    c/o State Collection Service, Inc.,    2509 S. Stoughton Rd.,
                 PO Box 6250,    Madison, WI 53716-0250
13398274       +KML Law Group, P.C.,    Suite 5000 - BNY Independence Center,    701 Market Street,
                 Philadelphia, PA 19106-1538
13398276      ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
               (address filed with court:   Nationstar Mortgage LLC,    PO Box 619096,    Dallas, TX 75261-9741)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: bankruptcy@phila.gov Oct 14 2016 02:11:15     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 14 2016 02:10:36
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Oct 14 2016 02:11:05     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13478958        E-mail/Text: bankruptcy@phila.gov Oct 14 2016 02:11:16     City of Philadelphia,
                 Law Department Tax Unit,    Bankruptcy Group, MSB,    1401 John F. Kennedy Blvd., 5th Floor,
                 Philadelphia, PA  19102-1595
13435879       +E-mail/PDF: gecsedi@recoverycorp.com Oct 14 2016 02:14:09     Green Tree Servicing LLC,
                 7340 S. Kyrene Rd.,    Recovery Dept - T120,    Tempe, AZ 85283-4573
13398275       +E-mail/Text: bankruptcydpt@mcmcg.com Oct 14 2016 02:10:55     Midland Funding,    8875 Aero Dr,
                 Ste 200,    San Diego, CA 92123-2255
                                                                                              TOTAL: 6

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 15, 2016                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 13, 2016 at the address(es) listed below:
              BRAD J. SADEK    on behalf of Debtor Nunzio A Gallo brad@sadeklaw.com
              JONATHAN H. STANWOOD    on behalf of Plaintiff Nunzio A Gallo jhs@stanwoodlaw.com,
               dac@stanwoodlaw.com,nff@stanwoodlaw.com
              JONATHAN H. STANWOOD    on behalf of Debtor Nunzio A Gallo jhs@stanwoodlaw.com,
               dac@stanwoodlaw.com,nff@stanwoodlaw.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor   NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              KEVIN S. FRANKEL    on behalf of Creditor   NATIONSTAR MORTGAGE LLC pa-bk@logs.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                              TOTAL: 7

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| NUNZIO A GALLO | : | |
| Debtor | : | Bky. No.  14-17923 ELF |

# O R D E R

**AND NOW,** upon consideration of the Debtor's Motion Requesting that the Court Vacate the Prior Order Dismissing the Bankruptcy Case, and after notice and hearing, and with the consent of the Chapter 13 Trustee,

It is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The court's Order dated **September 13, 2016  (Doc. #71)** dismissing this bankruptcy case is **VACATED** and the above captioned bankruptcy case is **REINSTATED** effective upon the entry of this Order.

**Date: October 13, 2016**

ERIC L. FRANK
CHIEF U.S. BANKRUPTCY JUDGE