United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Nunzio A Gallo  
    Debtor

Case No. 14-17923-elf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: PaulP    Page 1 of 1    Date Rcvd: Jan 04, 2017  
                      Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 06, 2017.  
db        +Nunzio A Gallo,   2418 S. Carlisle Street,   Philadelphia, PA 19145-4422

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.    TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 06, 2017                      Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 4, 2017 at the address(es) listed below:

      BRAD J. SADEK   on behalf of Debtor Nunzio A Gallo brad@sadeklaw.com  
      JONATHAN H. STANWOOD   on behalf of Debtor Nunzio A Gallo jhs@stanwoodlaw.com, nff@stanwoodlaw.com,jhsecf@gmail.com  
      JONATHAN H. STANWOOD   on behalf of Plaintiff Nunzio A Gallo jhs@stanwoodlaw.com, nff@stanwoodlaw.com,jhsecf@gmail.com  
      JOSHUA ISAAC GOLDMAN   on behalf of Creditor   NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com  
      KEVIN S. FRANKEL   on behalf of Creditor   NATIONSTAR MORTGAGE LLC pa-bk@logs.com  
      PETER J. ASHCROFT   on behalf of Creditor   BANK OF AMERICA, N.A. pashcroft@bernsteinlaw.com, pghecf@bernsteinlaw.com;pashcroft@ecf.courtdrive.com;ckutch@ecf.courtdrive.com;cabbott@ecf.courtdrive.com  
      THOMAS I. PULEO   on behalf of Creditor   NATIONSTAR MORTGAGE LLC tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com  
      United States Trustee   USTPRegion03.PH.ECF@usdoj.gov  
      WILLIAM C. MILLER   ecfemails@ph13trustee.com,  philaecf@gmail.com  
                              TOTAL: 9

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| In re: | Bankruptcy No. 14-17923-elf |
|---|---|
| NUNZIO A. GALLO, | Chapter 13 |
| Debtor, | Doc. No. |

## ORDER OF COURT

**AND NOW**, upon consideration of the Motion to Restrict Access and Authorize Filing of Replacement Proof of Claim **(Doc. #1-1)** filed by **Bank of America, N.A.**;

**AND**, the Court concluding that the subject Proof of Claim (including attachments) **(No. 1-1)** fails to comply with Fed. R. Bankr. P. 9037;

It is therefore **ORDERED** that:

1. This Motion is **GRANTED**.

2. The Clerk **SHALL PROHIBIT PUBLIC ACCESS** to **Claim No. 1-1 on the Claims Register forthwith**.

**Bank of America, N.A.** shall file redacted copies of the document(s) identified in Paragraph 2 above **on or before** January 13, 2017.

Dated: 1/4/17

_____
**ERIC L. FRANK**
**CHIEF U.S. BANKRUPTCY JUDGE**