# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 14-17923-ELF

NUNZIO A GALLO

2418 S. CARLISLE STREET

PHILADELPHIA, PA 19145

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    NUNZIO A GALLO

    2418 S. CARLISLE STREET

    PHILADELPHIA, PA 19145

Counsel for debtor(s), by electronic notice only.

    JONATHAN H STANWOOD ESQ
    8 PENN CENTER, SUITE 1000
    1628 JFK BLVD
    PHILADELPHIA, PA 19103

Date: 4/27/2017

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee