WILLIAM E. MILLER, ESQ.
STERN & EISENBERG, PC
1581 MAIN STREET, SUITE 200
THE SHOPS AT VALLEY SQUARE
WARRINGTON, PA 18976
TELEPHONE: (215) 572-8111
FACSIMILE: (215) 572-5025

## IN THE UNITED STATES BANKRUPTCY COURT FOR
## THE EASTERN DISTRICT OF PENNSYLVANIA
## (PHILADELPHIA)

| In Re:<br>    Nunzio A. Gallo<br>        Debtor<br>    Michelle Racioppo<br>        Non-Filing Co-Mortgagor | Chapter 13<br><br>Case Number: 14-17923-ELF |
|---|---|

### ORDER

AND NOW, this ___21st___ day of ___June___, 2017, upon the motion of MTGLQ Investment L.P. (hereinafter "Movant") and after a hearing, it is **ORDERED** that Movant, (and any assignee/successor-in-interest) is granted relief from the stay of 11 U.S.C. §362 (and §1301) to proceed with enforcement of all rights Movant has under state and federal law concerning the Property (the "Property"):   2418 SOUTH CARLISLE STREET, PHILADELPHIA, PA 19145.

It is further **ORDERED** that the 14-day stay pursuant to BKRP 4001(a)(3) is hereby waived..

_____
**ERIC L. FRANK**
**CHIEF U.S. BANKRUPTCY JUDGE**