United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Nunzio A Gallo  
    Debtor

Case No. 14-17923-elf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: PaulP    Page 1 of 1    Date Rcvd: Jun 22, 2017  
                  Form ID: pdf900    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 24, 2017.  
db          +Nunzio A Gallo,   2418 S. Carlisle Street,    Philadelphia, PA 19145-4422  
cr          +MTGLQ Investment L.P.,    Stern & Eisenberg,   1581 Main Street,   Suite 200,     Warrington, PA 18976-3400

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                              TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 24, 2017                                             Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 22, 2017 at the address(es) listed below:  
       BRAD J. SADEK    on behalf of Debtor Nunzio A Gallo brad@sadeklaw.com  
       JONATHAN H. STANWOOD    on behalf of Plaintiff Nunzio A Gallo jhs@stanwoodlaw.com, nff@stanwoodlaw.com,jhsecf@gmail.com  
       JONATHAN H. STANWOOD    on behalf of Debtor Nunzio A Gallo jhs@stanwoodlaw.com, nff@stanwoodlaw.com,jhsecf@gmail.com  
       JOSHUA ISAAC GOLDMAN    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com  
       KEVIN S. FRANKEL    on behalf of Creditor    NATIONSTAR MORTGAGE LLC pa-bk@logs.com  
       PETER J. ASHCROFT    on behalf of Creditor    BANK OF AMERICA, N.A. pashcroft@bernsteinlaw.com, pghecf@bernsteinlaw.com;pashcroft@ecf.courtdrive.com;ckutch@ecf.courtdrive.com;cabbott@ecf.courtdrive.com  
       THOMAS I. PULEO    on behalf of Creditor    NATIONSTAR MORTGAGE LLC tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com  
       United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
       WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com  
       WILLIAM EDWARD MILLER    on behalf of Creditor    MTGLQ Investment L.P. wmiller@sterneisenberg.com, bkecf@sterneisenberg.com  
                                                                                         TOTAL: 10

WILLIAM E. MILLER, ESQ.
STERN & EISENBERG, PC
1581 MAIN STREET, SUITE 200
THE SHOPS AT VALLEY SQUARE
WARRINGTON, PA 18976
TELEPHONE: (215) 572-8111
FACSIMILE: (215) 572-5025

## IN THE UNITED STATES BANKRUPTCY COURT FOR
## THE EASTERN DISTRICT OF PENNSYLVANIA
## (PHILADELPHIA)

| In Re:<br>    Nunzio A. Gallo<br>            Debtor<br>    Michelle Racioppo<br>            Non-Filing Co-Mortgagor | Chapter 13<br><br>Case Number: 14-17923-ELF |
|---|---|

### ORDER

AND NOW, this __21st__ day of __June__, 2017, upon the motion of MTGLQ Investment L.P. (hereinafter "Movant") and after a hearing, it is **ORDERED** that Movant, (and any assignee/successor-in-interest) is granted relief from the stay of 11 U.S.C. §362 (and §1301) to proceed with enforcement of all rights Movant has under state and federal law concerning the Property (the "Property"):   2418 SOUTH CARLISLE STREET, PHILADELPHIA, PA 19145.

It is further **ORDERED** that the 14-day stay pursuant to BKRP 4001(a)(3) is hereby waived..

_____
**ERIC L. FRANK**
**CHIEF U.S. BANKRUPTCY JUDGE**