Certificate Number: 01401-PAE-DE-033567295

Bankruptcy Case Number: 14-17923



01401-PAE-DE-033567295

# C<span>ERTIFICATE</span> O<span>F</span> D<span>EBTOR</span> E<span>DUCATION</span>

I CERTIFY that on <u>October 17, 2019</u>, at <u>2:31</u> o'clock <u>PM EDT</u>, <u>Nunzio A Gallo</u> completed a course on personal financial management given <u>by telephone</u> by <u>GreenPath, Inc.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:   <u>October 17, 2019</u>          By:    <u>/s/Jeremy Lark for Patricia Donnelley</u>

Name:  <u>Patricia Donnelley</u>

Title:   <u>Counselor</u>