United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                          Case No. 14-17923-elf
Nunzio A Gallo                                                  Chapter 13
       Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0313-2        User: PaulP              Page 1 of 2          Date Rcvd: Apr 16, 2020
                            Form ID: 138NEW          Total Noticed: 21
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 18, 2020.

```
db           +Nunzio A Gallo,    2418 S. Carlisle Street,    Philadelphia, PA 19145-4422
cr           +MTGLQ Investment L.P.,     Stern & Eisenberg,    1581 Main Street,    Suite 200,
               Warrington, PA 18976-3403
cr            MTGLQ Investors, L.P.,     P.O. Box 10826,    Greenville, SC  29603-0826
cr           +U.S. Bank Trust National Association as Trustee of,    Law Offices of Michelle Ghidotti,
               1920 Old Tustin Avenue,    Santa Ana, CA 92705-7811
13398273      Green Tree,    500 Landmark Tower,    St Paul, MN 55102
13478635      Jefferson University Hospitals,     c/o State Collection Service, Inc.,    2509 S. Stoughton Rd.,
               PO Box 6250,    Madison, WI 53716-0250
13398274     +KML Law Group, P.C.,    Suite 5000 - BNY Independence Center,    701 Market Street,
               Philadelphia, PA 19106-1538
13886858      MTGLQ Investors, L.P,    c/o Shellpoint Mortgage Serving,    PO Box 10826,
               Greenville, SC  29603-0826
13442682     ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
             (address filed with court:   Nationstar Mortgage LLC,    ATTN: Bankruptcy Department,
               PO BOX 630267,    Irving, TX 75063)
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg           E-mail/Text: megan.harper@phila.gov Apr 17 2020 05:00:40     City of Philadelphia,
               City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
               Philadelphia, PA  19102-1595
smg           E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 17 2020 04:59:51
               Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
               Harrisburg, PA  17128-0946
smg          +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Apr 17 2020 05:00:36     U.S. Attorney Office,
               c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr            +E-mail/Text: bkdepartment@rtresolutions.com Apr 17 2020 05:00:25
               Real Time Resolutions, Inc.,    1349 Empire Central Drive, Suite #150,    Dallas, TX 75247-4029
13398271      E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Apr 17 2020 05:06:09     Capital One,
               P.O. Box 85520,    Richmond, VA 23285
13478958      E-mail/Text: megan.harper@phila.gov Apr 17 2020 05:00:39     City of Philadelphia,
               Law Department Tax Unit,    Bankruptcy Group, MSB,    1401 John F. Kennedy Blvd., 5th Floor,
               Philadelphia, PA  19102-1595
13435879     +E-mail/PDF: gecsedi@recoverycorp.com Apr 17 2020 05:03:23     Green Tree Servicing LLC,
               7340 S. Kyrene Rd.,    Recovery Dept - T120,    Tempe, AZ 85283-4573
13398272      E-mail/PDF: ais.chase.ebn@americaninfosource.com Apr 17 2020 05:04:44     Chase,
               P.O. Box 15298,    Wilmington, DE 19850
13398275     +E-mail/Text: bankruptcydpt@mcmcg.com Apr 17 2020 05:00:15     Midland Funding,    8875 Aero Dr,
               Ste 200,    San Diego, CA 92123-2255
14086825      E-mail/Text: bkdepartment@rtresolutions.com Apr 17 2020 05:00:25
               Real Time Resolutions, Inc.,    1349 Empire Central Drive, Suite #150,
               Dallas, Texas 75247-4029
14281109      E-mail/Text: bknotices@snsc.com Apr 17 2020 05:01:21     SN Servicing Corporation,
               c/o Kathy Watson,    Bankruptcy Asset Manager,    323 5th Street,    Eureka, CA 95501
14254782     +E-mail/Text: bknotices@snsc.com Apr 17 2020 05:01:21
               U.S. Bank Trust National Association, as Trustee,    C/O SN Servicing Corp.,    323 5th Street,
               Eureka, CA 95501-0305
                                                                                                TOTAL: 12

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*             MTGLQ Investors, L.P.,    P.O. Box 10826,    Greenville, SC  29603-0826
13398276*      ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
             (address filed with court:   Nationstar Mortgage LLC,    PO Box 619096,    Dallas, TX 75261-9741)
                                                                                               TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 18, 2020                                     Signature:  /s/Joseph Speetjens

```
District/off: 0313-2          User: PaulP              Page 2 of 2              Date Rcvd: Apr 16, 2020
                              Form ID: 138NEW          Total Noticed: 21
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 16, 2020 at the address(es) listed below:
          JONATHAN H. STANWOOD    on behalf of Debtor Nunzio A Gallo jhs@stanwoodlaw.com,
           mgf@stanwoodlaw.com,jhsecf@gmail.com
          JONATHAN H. STANWOOD    on behalf of Plaintiff Nunzio A Gallo jhs@stanwoodlaw.com,
           mgf@stanwoodlaw.com,jhsecf@gmail.com
          JOSHUA ISAAC GOLDMAN    on behalf of Creditor   NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          KEVIN S. FRANKEL    on behalf of Creditor   NATIONSTAR MORTGAGE LLC pa-bk@logs.com
          PETER J. ASHCROFT    on behalf of Creditor    BANK OF AMERICA, N.A. pashcroft@bernsteinlaw.com,
           ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
          THOMAS I. PULEO    on behalf of Creditor    NATIONSTAR MORTGAGE LLC tpuleo@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
          WILLIAM EDWARD MILLER    on behalf of Creditor    MTGLQ Investment L.P. wmiller@sterneisenberg.com,
           bkecf@sterneisenberg.com
          WILLIAM EDWARD MILLER    on behalf of Creditor    MTGLQ INVESTORS, L.P.c/o Shellpoint Mortgage
           Serving wmiller@sterneisenberg.com,   bkecf@sterneisenberg.com
                                                                                              TOTAL: 10
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Nunzio A Gallo
      Debtor(s)

Bankruptcy No: 14−17923−elf
Chapter: 13

___

### *NOTICE OF DEADLINES*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1. The Standing Chapter 13 Trustee has filed his final report and account.

☑    2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑    3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

        900 Market Street
        Suite 400
        Philadelphia, PA 19107

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

        For The Court
        Timothy B. McGrath
        Clerk of Court

Dated: 4/16/20

125 − 124
Form 138_new